BURROWS *against* HILLHOUSE.

H. BLEECKER, for the defendant, moved to set aside the default entered in this cause, for want of a plea. At the last term the *venue* had been changed in the cause, and the defendant's attorney supposed that he was entitled to 20 days to plead, after the service of a copy of the new declaration; and did not, therefore, put in a plea before the rule to plead to the first declaration had expired. The action was for a libel, and the defendant swore that he had a good defence on the merits.

*Russel,* contra.

*Per Curiam.* The practice has been long settled, that the defendant is not entitled to 20 days to plead to the amended declaration; but we grant the rule, on payment of costs.

Rule accordingly.